BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant CULLUM

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 02-40190-CW |
| ) | CR 04-40176-CW |
| Plaintiff, ) | CR 09-0835-CW |
| ) | |
| vs. ) | STIPULATION TO CONTINUE; |
| ) | ~~PROPOSED~~ ORDER~~ING~~ CONTINUING |
| JOHN BENNETT CULLUM, ) | CASE AND EXCLUDING TIME UNDER |
| ) | THE SPEEDY TRIAL ACT |
| Defendant. ) | |
| ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the STATUS HEARING date of February 22, 2010 presently scheduled at 10:00 a.m., before the Honorable Laurel Beeler, be vacated and re-set for April 5, 2010 at 10:00 a.m. for TRIAL/MOTIONS SETTING OR CHANGE OF PLEA.

The reason for this request is that defense counsel needs additional time to review discovery, investigate, and discuss this case with Mr. Cullum. Further, counsel for the defendant will be in trial in another case for two to three weeks beginning on March 8, 2010. The Probation Office has been contacted and does not object to a continuance.

The parties agree and stipulate that the time until April 5, 2010 should be excluded, under 18 U.S.C. §3161(h)(7)(A) because the ends of justice served by the granting of the continuance

1

1  outweigh the bests interests of the public and the defendant in a speedy and public trial.  The
2  continuance is necessary to accommodate counsel's preparation efforts and ensure continuity of
3  counsel.

4  Date    2/19/10                      /s/
5                                       John Paul Reichmuth
                                        Assistant Federal Public Defender
                                        Counsel for defendant CULLUM

8  Date    2/19/10                      /s/
9                                       Brian C. Lewis
                                        Assistant United States Attorney

11      I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.      /S/ John Paul Reichmuth
                                        Counsel for Defendant Cullum

Case 4:02-cr-40190-CW   Document 115   Filed 02/23/10   Page 3 of 3

ORDER

The court finds that the ends of justice served by the granting of the continuance outweigh the bests interests of the public and the defendant in a speedy and public trial. The continuance is necessary to accommodate counsel's preparation efforts and ensure continuity of counsel. Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matters are continued to April 5, 2010 at 10:00 a.m. before Hon. Laurel Beeler, United States Magistrate Judge, and that time is excluded from February 22, 2010 to April 5, 2010 pursuant to 18 U.S.C. §§3161(h)(7)(A).

IT IS SO ORDERED.

February 23, 2010
Date

_____
LAUREL BEELER
UNITED STATES MAGISTRATE JUDGE

3